UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON THE T-MOBILE CELLULAR PHONE ASSIGNED CALL NUMBER 978-799-1606 | M.J. Docket No. 20-1087-DLC |

GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the Application for a Pen Register and Trap and Trace Device, the Court's Orders, and Service Provider Order in the above captioned matter. As grounds for this motion, the user of the telephone subject to the Order has been charged in Middlesex Superior Court in Commonwealth v. Hester, Docket 2081CR00219. The government intends to produce the Application, Order, and Service Provider Order to the Middlesex District Attorney's Office for discovery purposes.

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

                      By:    */s/ Philip C. Cheng*
                              PHILIP C. CHENG
Date: August 15, 2023               Assistant U.S. Attorney